JOHN R. KROGER
Attorney General
JAMES S. SMITH #84093
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: James.S.Smith@doj.state.or.us

Attorneys for Defendants Daryl Borello; Troy Browser; George Degner, M.D.; Nancy Howton; Michelle Hubbard; Jerzy Kolman; Anton Kowanda; Richard Ogden; Chris Schafer; Carla Tupou; Robin Wilkerson; Scott Willis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VINCENT PADGETT, | Case No. 3:08-cv-0087-HU |
| Plaintiff, | STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| v. | |
| ANTON KOWANDA; CHRIS SCHAEFFER; SCOTT WILLIS, MICHELLE HUBBARD; JUREK KOLMAN; NANCY HOWTON; TROY BROWSER; DARYL BORELLO; RICHARD OGDEN; CARLA TOPOU; ROBIN WILKERSON; and GEORGE DEGNER, M.D., | |
| Defendants. | |

Based upon the stipulation of the parties that this case has been fully settled between the parties and plaintiff's stipulation that a General Judgment of Dismissal with prejudice may be entered herein,

Page 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL
JSS/cbh/2908975-v1

IT IS HEREBY ORDERED and ADJUDGED that a General Judgment of Dismissal with prejudice on plaintiff's claims against defendant be entered with no costs to any party.

DATED this ~~26th~~ day of July, 2011.
29th

/s/ Ancer L. Haggerty
~~Circuit~~ Court Judge
District

IT IS SO STIPULATED:

_____
JOHN C. ROTHERMICH #071685
Attorney for Plaintiff

DATED: 7/20/2011

_____
JAMES S. SMITH # 840932
Attorney for Defendants

DATED: 7/26/11

Page 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL
JSS/cbh/2908975-v1

## CERTIFICATE OF SERVICE

I certify that on July 26, 2011, I served the foregoing STIPULATED GENERAL JUDGMENT OF DISMISSAL on the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| John C. Rothermich<br>Garvey Schubert Barer<br>121 SW Morrison St, 11th Flr<br>Portland OR 97204<br>    Attorney for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) **503 226-0259**<br>___ E-MAIL **jrothermich@gsblaw.com**<br>✓ E-FILE |
| Jeffrey C. Young<br>Garvey Schubert Barer<br>1191 2nd Ave., Suite 1800<br>Seattle, WA 98101-3438<br>    Attorney for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL **jyoung@gsblaw.com**<br>✓ E-FILE |

_____
*AAG John Geil for*
JAMES S. SMITH #84093
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
James.S.Smith@doj.state.or.us
Of Attorneys for Defendants Daryl Borello;
    Troy Browser; George Degner, M.D.; Nancy
    Howton; Michelle Hubbard; Jerzy Kolman;
    Anton Kowanda; Richard Ogden; Chris
    Schaefer; Carla Tupou; Robin Wilkerson;
    Scott Willis

Page 1 -  CERTIFICATE OF SERVICE
          JSS/cbh/866506-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791